WILLIAM BAADER, administrator, &c., complainant-appellant,

*v.*

ANTONIO MASCELLINO et al., defendants-respondents.

[Submitted May 31st, 1935.   Decided October 9th, 1935.]

*Messrs. Rinaldi & Shanley,* for the complainant-appellant.

*Messrs. Herr & Kaufmann* and *Mr. James J. Quinn,* for the defendants-respondents.

PER CURIAM.

This is an appeal from a decree of the court of chancery dismissing a bill filed to set aside the conveyance of certain lands and the transfer of a mortgage.   We have examined the proofs and concur in the conclusion of the learned vice-chancellor that the evidence did not sustain the allegations of the bill.   We are, therefore, of the opinion that the bill of complaint was properly dismissed.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.